HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00209-KES-BAM |
| Plaintiff, | |
| vs. | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| JERMEN RUDD, III, | |
| Defendant, | |

Defendant Jermen Rudd, III, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On August 19, 2024, a Complaint was filed charging Mr. Rudd with Conspiracy to distribute of a controlled substance, providing or attempting to provide inmate narcotic drug in violation of 21 U.S.C. § 841, 846 and 18 U.S.C. § 1791(a)(1), (b)(1). Mr. Rudd had his initial appearance in the Eastern District of Missouri on August 21, 2024. Counsel is needed in advance in the Eastern District of California to assist with the arrangements for his initial appearance here.

///

///

Mr. Rudd submits the Financial Affidavit as evidence of his inability to retain counsel. After reviewing his Financial Affidavit it is, therefore, respectfully recommended that CJA panel counsel Steve Crawford be promptly appointed *nunc pro tunc* as of August 29, 2024, pursuant to 18 U.S.C. § 3006A to represent Mr. Rudd in the above captioned case.

DATED: August 30, 2024          /s/ Peggy Sasso
                                PEGGY SASSO
                                First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Steve Crawford be promptly appointed *nunc pro tunc* as of August 29, 2024, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **August 30, 2024**             /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE