ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00209-KES-EPG |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA |
| v. | |
| JERMEN RUDD, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties that the matter be set for change of plea before the Honorable Kirk E. Sherriff on January 12, 2026. The parties have reached a plea agreement, filed contemporaneously with this stipulation, and January 12, 2026 is the soonest convenient date for the court and counsel. No exclusion of time is necessary as time has already been excluded through January 28, 2026.

Dated: December 17, 2025          Respectfully submitted,

                                  ERIC GRANT
                                  United States Attorney


                              By   /s/ Robert L. Veneman-Hughes
                                  ROBERT L. VENEMAN-HUGHES
                                  Assistant United States Attorney

Dated: December 17, 2025          /s/ Steven Crawford
                                  STEVEN CRAWFORD
                                  Attorney for Defendant Jermen RUDD

Stipulation                       1

IT IS SO ORDERED that the matter be set for change of plea on January 12, 2026 before Judge Kirk E. Sherriff at 9:30 AM. No exclusion of time is necessary as time has already been excluded through January 28, 2026.

IT IS SO ORDERED.

Dated: **December 22, 2025**              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

Stipulation                                                                 2