ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00209-KES-EPG |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JERMEN RUDD, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties that the matter be reset for sentencing on April 20, 2026. The parties need additional time to prepare for sentencing; while preparing for sentencing, the Government noticed an omission in the sentencing recommendation and needs additional time to brief the issue and give Defendant time to respond, as well as prepare an additional sentencing-related filing. Additionally, the parties are waiting on defendant's prior PSR to be unsealed in Missouri in relation to defendant's formal objections. The Government has spoken to Probation, who is amenable to the new date.

Dated: March 30, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By    /s/ Robert L. Veneman-Hughes
     ROBERT L. VENEMAN-HUGHES
     Assistant United States Attorney

Dated: March 30, 2026

/s/ Steven Crawford
STEVEN CRAWFORD
Attorney for Defendant Jermen RUDD

Stipulation; Order

1

**ORDER**

IT IS SO ORDERED that the Sentencing hearing set for 4/06/2026 be reset for April 20, 2026, before Judge Kirk E. Sherriff at 9:30 AM. No exclusion of time is necessary as this is a sentencing matter.

IT IS SO ORDERED.

Dated:   March 31, 2026

_____
UNITED STATES DISTRICT JUDGE

Stipulation; Order

2