ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>JERMEN RUDD,<br><br>                          Defendant. | CASE NO.  1:24-CR-00209-KES-EPG<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations in the government's Request to Seal, IT IS HEREBY ORDERED that the government's exhibits 1 – 3 pertaining to defendant JERMEN RUDD, and government's Request to Seal, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, the requested sealing serves a compelling interest. The Court further finds that, in the absence of sealing, the compelling interests identified by the government would be harmed. The Court further finds that there are no additional alternatives to the requested sealing that would

adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated:    April 6, 2026    

_____
UNITED STATES DISTRICT JUDGE